RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Wendi_Overmyer@fd.org


*Attorney for Petitioner Martin Barragon Rojas

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Martin Barragon Rojas,

        Petitioner,

    v.

John Mattos, et al.,

        Respondents

Case No. 2:26-cv-01558-APG-EJY

**ORDER GRANTING
Motion to Dismiss Duplicate
Action without Prejudice**

Petitioner Martin Barragon Rojas filed a pro se petition for a writ of habeas corpus on May 21, 2026, seeking relief from ICE detention. ECF 1. This Court appointed the Office of the Federal Public Defender (FPD) to review Mr. Barragon Rojas's and file an amended petition if warranted. ECF 3.

Undersigned counsel has reviewed Mr. Barragon Rojas's filings in this case and in the pending case of *Martin Baragan-Rojas v. Blanche, et al.,* D. Nev. No. 2:26-cv-01327-GMN-MDC. The FPD, and undersigned counsel specifically, is appointed in both case numbers. Although not identical, the documents in both cases raise the same claims arising out of the same immigration detention in Mr. Barragon Rojas's pending immigration proceedings. Undersigned counsel also consulted with Mr. Barragon Rojas on May 22, 2026, in a confidential legal visit.

Accordingly, undersigned counsel asks that this case, D. Nev. No. 2:26-cv-01558-APG-EJY, be dismissed without prejudice as a duplicate action.

Dated: May 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Wendi Overmyer*

Wendi Overmyer
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:__May 29, 2026_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE